# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 19, 2016

### NO.  03-15-00822-CR

**Bobbie Gutierrez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment of conviction entered by the trial court.  Appellant has filed a motion to dismiss the appeal.  Therefore, the Court grants the motion, allows appellant to withdraw her notice of appeal, and dismisses the appeal.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.